JUDGE PRESKA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SOCIETE DE FABRICATION MATY SFM,

**Plaintiff**

-v-

M. FABRIKANT & SONS, INC.,

**Defendant**

Case No. 06 CV 13217

Rule 7.1 Statement



Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Societe de Fabrication Maty SFM (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE

Date: 11/17/06

Signature of Attorney
Jonathan K. Cooperman
Attorney Bar Code: JC 1804

Form Rule7_1.pdf