**KELLEY DRYE & WARREN LLP**

A LIMITED LIABILITY PARTNERSHIP

101 PARK AVENUE

NEW YORK, NEW YORK 10178

WASHINGTON, DC
TYSONS CORNER, VA
CHICAGO, IL
STAMFORD, CT
PARSIPPANY, NJ

BRUSSELS, BELGIUM

AFFILIATE OFFICES
MUMBAI, INDIA

(212) 808-7800

FACSIMILE
(212) 808-7897

www.kelleydrye.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/6/07

February 21, 2007

Honorable Loretta A. Preska
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 1320
New York, New York 10007

    Re: *Societe de Fabrication Maty SFM v. M. Fabrikant & Sons, Inc*
      Civil Action No. 06-13217 (LAP)

Dear Judge Preska:

  Enclosed please find a copy of the Chapter Eleven bankruptcy petition filed by M. Fabrikant & Sons, Inc. ("Fabrikant") on November 17, 2006. Fabrikant's bankruptcy imposes a stay on all civil proceedings. Accordingly, Societe de Fabrication Maty SFM has not filed any additional pleadings in connection with the above referenced matter.

            Very truly yours,

            *Mary P. Miras*
            Mary P. Miras

cc: Jonathan K. Cooperman, Esq.

*In light of the defendant's Chapter Eleven filing, the above action shall be placed on the suspense docket until August 31, 2007. Counsel shall inform the Court of the status of the matter before that date.*

March 6, 2007

          SO ORDERED

          *Loretta A. Preska*
          LORETTA A. PRESKA
          UNITED STATES DISTRICT JUDGE