UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Societe De Fabrication
Maty Sfm

v.

M. Fabrikant & Sons, Inc.

------------------------------------------------------------X

06 cv 13217 (LAP)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/12/08

LORETTA A. PRESKA, United States District Judge:

Counsel shall confer and inform the Court by letter no later than March 28, 2008 of the status of this action.

SO ORDERED:

Dated: March 11, 2008

_____
LORETTA A. PRESKA, U.S.D.J.

orderstatus