**KELLEY DRYE & WARREN LLP**

A LIMITED LIABILITY PARTNERSHIP

101 PARK AVENUE

NEW YORK, NEW YORK 10178

(212) 808-7800

WASHINGTON, DC
TYSONS CORNER, VA
LOS ANGELES, CA
CHICAGO, IL
STAMFORD, CT
PARSIPPANY, NJ

BRUSSELS, BELGIUM
HONG KONG

AFFILIATE OFFICES
BANGKOK, THAILAND
JAKARTA, INDONESIA
MUMBAI, INDIA
TOKYO, JAPAN

FACSIMILE
(212) 808-7897
www.kelleydrye.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/2/08

March 28, 2008

JONATHAN K. COOPERMAN
DIRECT LINE (212) 808-7534
E-MAIL: jcooperman@kelleydrye.com

Honorable Loretta A. Preska
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 1320
New York, New York 10007

RECEIVED
MAR 31 2008
LORETTA A. PRESKA
U.S. DISTRICT JUDGE
S.D.N.Y.

Attention:  Eric Hochstadt, Esq.

Re:   Societe de Fabrication Maty SFM v. M. Fabrikant & Sons, Inc.
      Civil Action No. 06-13217 (LAP)

Dear Judge Preska:

By Order dated March 11, 2008, Your Honor requested a report on the status of this action. Shortly after this action was filed, defendant filed for bankruptcy protection thus staying the action. We understand that the defendant's bankruptcy is on-going and the case therefore continues to be stayed.

Respectfully submitted,

Jonathan K. Cooperman

JKC:yc

*[Handwritten:]* The action is placed on the suspense calendar until October 1, 2008. Counsel shall file a status report prior to that date.

April 2, 2008

SO ORDERED

*[signature]*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

NY01/COOPJ/1276135.1